UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | Case No. 05-514M |
| v. ) | |
| ) | |
| LARRY ALBERT, ) | DETENTION ORDER |
| Defendant. ) | |
| _____ ) | |

Offenses charged:

    Count 1: Possession of Five or More Fraudulent Identification Documents in violation of 18 U.S.C. § 1028(a)(3).

    Count 2: Social Security Number Fraud in violation of 42 U.S.C. § 408(a)(7)(B).

    Count 3: Possession of a Fraudulent Identification Document in violation of 18 U.S.C. § 1028(a)(6).

Date of Detention Hearing: October 31, 2005.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    Defendant has stipulated to detention and has reserved the right to contest his continued detention upon his appearance in court in the District of New Mexico if this case is transferred, or before this Court if this case is not transferred and there are new facts or circumstances that should be considered.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 1st day of November, 2005.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge